**Electronically Filed
Supreme Court
SCAD-15-0000590
13-NOV-2015
10:40 AM**

SCAD-15-0000590

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

ROBERT L. STONE,
Respondent.

ORIGINAL PROCEEDING
(ODC CASE NOS. 14-025-9168, 14-026-9169,
14-027-9170, 14-047-9200, and 14-048-9201)

ORDER OF CORRECTION
(By: Nakayama, J.)

Pursuant to the notice of errata filed by the Disciplinary Board of the Hawai'i Supreme Court on November 10, 2015 correcting ODC case number 14-026-9769 and replacing it with ODC case number 14-026-9169,

IT IS HEREBY ORDERED that the order allowing resignation in lieu of discipline filed on October 23, 2015, is corrected by replacing ODC case number 14-026-9769 with ODC case number 14-026-9169.

DATED: Honolulu, Hawai'i, November 13, 2015.

/s/ Paula A. Nakayama

Associate Justice

